# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2017

155630

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SCOTT LARRY CHANDLER,
      Defendant-Appellant.

SC: 155630
COA: 330217
Oakland CC: 2015-255155-FH

_____/

On order of the Court, the application for leave to appeal the February 21, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk

t0920